UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROGELIO CANTU, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-72 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME

Respondent's first motion for an extension of time to file a responsive pleading (D.E. 8)

is granted.  Respondent's answer is due on or before **Wednesday, May 9, 2007**.

ORDERED this 3rd day of April, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE